| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** | Darlene Kay Cannon |
| **Debtor 2** (Spouse, if filing) | |
| **United States Bankruptcy Court for the:** | Southern District of Indiana (State) |
| **Case number** 19-06555-JMC-13 | |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust

**Court claim no.** (if known): 14-1

**Last four digits** of any number you use to identify the debtor's account: 1002

**Date of payment change:** 12/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $1,125.56
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $359.32　　　　New escrow payment: $358.59

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   Current Interest Rate:　　　　　　　　　　New interest rate:
   Current principal and interest payment:　　New principal and interest payment:

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

   Reason for change:

   Current mortgage payment:　　　　　　　New mortgage payment:

| Debtor 1 | Darlene | Kay | Cannon | | Case Number *(if known)* | 19-06555-JMC-13 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.
*Check the appropriate box*
☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/ Michelle Ghidotti                    Date  11/02/2021
    Signature

Print:    Michelle Ghidotti                  Title    Bankruptcy Attorney
          First name    Middle Name    Last name

Company   GHIDOTTI | BERGER LLP

Address   1920 Old Tustin Avenue
          Number        Street

          Santa Ana, CA 92705
          City          State         Zip Code

Contact phone   (949) 427-2010          Email:   bknotifications@ghidottiberger.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

RONALD MASON
239 MAIN ST
WHITELAND IN  46184

Analysis Date: October 04, 2021                                                                                           Final
Property Address: 239 MAIN STREET  WHITELAND, IN 46184                                                    Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Dec 2020 to Nov 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Dec 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 766.97 | 766.97 |
| Escrow Payment: | 359.32 | 358.59 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,126.29 | $1,125.56 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Aug 01, 2021 |
| Escrow Balance: | (112.85) |
| Anticipated Pmts to Escrow: | 1,437.28 |
| Anticipated Pmts from Escrow (-): | 620.34 |
| Anticipated Escrow Balance: | $704.09 |

|  | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|  |  |  |  |  | Starting Balance | 3,407.53 | (2,376.06) |
| Dec 2020 | 359.32 | 359.32 | 3,048.21 |  | * Homeowners Policy | 718.64 | (2,016.74) |
| Jan 2021 | 359.32 | 359.32 |  |  |  | 1,077.96 | (1,657.42) |
| Feb 2021 | 359.32 | 359.32 |  |  |  | 1,437.28 | (1,298.10) |
| Mar 2021 | 359.32 | 359.32 |  |  |  | 1,796.60 | (938.78) |
| Apr 2021 | 359.32 | 359.32 |  |  |  | 2,155.92 | (579.46) |
| Apr 2021 |  |  |  | 611.35 | * County Tax | 2,155.92 | (1,190.81) |
| May 2021 | 359.32 | 359.32 | 630.34 |  | * County Tax | 1,884.90 | (831.49) |
| Jun 2021 | 359.32 |  |  |  | * | 2,244.22 | (831.49) |
| Jul 2021 | 359.32 | 359.32 |  |  |  | 2,603.54 | (472.17) |
| Aug 2021 | 359.32 |  |  |  | * | 2,962.86 | (472.17) |
| Sep 2021 | 359.32 | 359.32 |  |  |  | 3,322.18 | (112.85) |
| Oct 2021 | 359.32 |  |  |  | * | 3,681.50 | (112.85) |
| Nov 2021 | 359.32 |  | 633.26 |  | * County Tax | 3,407.56 | (112.85) |
|  |  |  |  |  | Anticipated Transactions | 3,407.56 | (112.85) |
| Oct 2021 |  | 1,077.96 |  |  |  |  | 965.11 |
| Nov 2021 |  | 359.32 |  | 620.34 | County Tax |  | 704.09 |
|  | $4,311.84 | $4,311.84 | $4,311.81 | $1,231.69 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 4,311.89. Under Federal law, your lowest monthly balance should not have exceeded 718.64 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 704.09 | 3,429.95 |
| Dec 2021 | 358.59 | 3,071.36 | Homeowners Policy | (2,008.68) | 717.18 |
| Jan 2022 | 358.59 |  |  | (1,650.09) | 1,075.77 |
| Feb 2022 | 358.59 |  |  | (1,291.50) | 1,434.36 |
| Mar 2022 | 358.59 |  |  | (932.91) | 1,792.95 |
| Apr 2022 | 358.59 |  |  | (574.32) | 2,151.54 |
| May 2022 | 358.59 | 611.35 | County Tax | (827.08) | 1,898.78 |
| Jun 2022 | 358.59 |  |  | (468.49) | 2,257.37 |
| Jul 2022 | 358.59 |  |  | (109.90) | 2,615.96 |
| Aug 2022 | 358.59 |  |  | 248.69 | 2,974.55 |
| Sep 2022 | 358.59 |  |  | 607.28 | 3,333.14 |
| Oct 2022 | 358.59 |  |  | 965.87 | 3,691.73 |
| Nov 2022 | 358.59 | 620.34 | County Tax | 704.12 | 3,429.98 |
|  | $4,303.08 | $4,303.05 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 717.18. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 717.18 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 704.09. Your starting balance (escrow balance required) according to this analysis should be $3,429.95. This means you have a shortage of 2,725.86. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 4,303.05. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: October 04, 2021                                                                                           Final
Borrower: RONALD MASON                                                                                                    Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 358.59 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $358.59 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## **CERTIFICATE OF SERVICE**

On November 2, 2021, I served the foregoing documents described as Notice of mortgage payment change on the following individuals by electronic means through the Court's ECF program:

Ann M. DeLaney    ECFdelaney@trustee13.com, ecfdelaney@gmail.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Mark S Zuckerberg    filings@mszlaw.com, s.mr72948@notify.bestcase.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On November 2, 2021, I served the foregoing documents described as Notice of mortgage payment change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

***Debtor***
**Darlene Kay Cannon**
239 Main Street
Whiteland, IN 46184

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May